UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUDE NATHANIAL AGBO and ROSELIND ROBERTSON AGBO, <br>    Plaintiffs, <br><br> v. <br><br> UR MENDOZA JADDOU, Director of U.S. Citizenship and Immigration Services, SHINEKA MILLER, Director of Atlanta Field Office of U.S. Citizenship and Immigration Services, <br>    Defendants. | CIVIL ACTION NO. <br><br> 1:23-CV-0526-CAP |

## O R D E R

This matter is before the court on the defendants' motion to dismiss [Doc. No. 10]. This action arises out of the plaintiffs' petition for a writ of mandamus seeking an order compelling the defendants to adjudicate their Petition for Alien Relative Form (Form-130) and Application to Register Permanent Resident of Adjust Status (Form I-485) [Doc. No. 1]. As of the date of the instant order, the plaintiffs have not responded to the defendants' motion to dismiss. It is, therefore, unopposed. *See* L.R. 7.1B.

Based on the defendants' motion, it appears that the plaintiffs have already obtained the relief they seek, and since they have also filed no response or otherwise objected to the defendants' motion, the court finds that

the instant action is now moot. *See Gray v. Sec'y for Dep't of Homeland Security*, 452 F. Appx. 873, 875 (11th Cir. 2011); *Kassama v. Chertoff*, No. 1:08-CV-0860-WSD, 2008 WL 2227504, at *1 (N.D. Ga. May 27, 2008) (The challenged action underlying the plaintiff's claims—the adjudication of an immigration-related application—has been completed and thus cannot be decided through this lawsuit.). Accordingly, the defendants' motion to dismiss [Doc. No. 10] is **GRANTED**. This action is hereby **DISMISSED**.

SO ORDERED this 12th day of October, 2023.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge